1

2

3

4

5          UNITED STATES DISTRICT COURT

6          DISTRICT OF NEVADA

7          * * *

8    BANK OF NEW YORK MELLON,              Case No. 2:15-cv-01711-JCM-CWH

9                          Plaintiff,      **ORDER**

10        v.

11   SOUTHERN  HIGHLANDS  COMMUNITY
     ASSOCIATION, et al.,
12
                         Defendants.
13

14        Presently before the court is defendant SFR Investment Pool 1, LLC's ("SFR") motion for

15   demand for security of costs.[1] (Doc. # 7). Defendant filed the motion on September 24, 2015. As

16   of this date, plaintiff Bank of New York Mellon, as trustee of the Alternative Loan Trust 2006-

17   OA2, Mortgage Pass Through Certificates Series 2006-OA2 ("BNY") has not filed any opposition.

18        In its motion, defendant asks that plaintiff, as a non-resident of the State of Nevada, be

19   required to file a bond for security of costs in the amount of $500.00, pursuant to Nevada statute

20   NRS 18.130, for defendant's costs and charges which may be awarded. (Doc. # 7). "It is the policy

21   of the United States District Court for the District of Nevada to enforce the requirements of NRS

22   18.130 in diversity actions." *Feagins v. Trump Organization*, 2012 WL 925027 (D. Nev.)(*citing*

23   *Hamar v. Hyatt Corp.*, 98 F.R.D. 305, 305-6 (D. Nev. 1983); *Arrambide v. St. Mary's Hosp., Inc.*,

24   647 F.Supp. 1148, 1149 (D. Nev. 1986)). Furthermore, plaintiff has not opposed the motion.

25

26        [1] SFR styled its motion as a notice. However, because this is a federal court, a defendant
27   seeking a bond for security of costs under NRS 18.130 under Nevada law must *move* this court for
     demand of security costs, not simply notice the parties. Without an order, the clerk of court will
28   not accept a cash deposit. That being the case, the court construes SFR's notice as a motion.

1     Accordingly,

2     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant SFR

3 Investments Pool 1, LLC's motion for demand for security of costs, (doc. # 7), be, and the same

4 hereby is, GRANTED.

5     IT IS FURTHER ORDERED that plaintiff shall post a cost bond in the amount of $500.00

6 or make a cash deposit of $500 as to defendant SFR Investment Pool 1, LLC within 7 days of the

7 entry of this order.

8     DATED THIS 22nd day of October, 2015.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE