# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SOUTHERN HIGHLANDS COMMUNITY ) <br> ASSOCIATION, et al., ) <br> ) <br> Defendants. ) <br> _____) | Case No.  2:15-cv-01711-JCM-CWH <br><br> **ORDER** |

Presently before the Court is Defendant Southern Highlands Community Association's Motion to Extend Discovery Deadlines for an Additional 120 Days (ECF No. 48), filed on February 11, 2016.  The motion is unopposed.

Having reviewed and considered the motion, and good cause appearing, IT IS ORDERED that Defendant Southern Highlands Community Association's Motion to Extend Discovery Deadlines for an Additional 120 Days (ECF No. 48) is GRANTED.

IT IS FURTHER ORDERED that the scheduling order is amended as follows:

| | | |
|---|---|---|
| 1. | Discovery cutoff | **August 30, 2016** |
| 2. | Expert designations | **July 1, 2016** |
| 3. | Rebuttal expert designations | **August 1, 2016** |
| 4. | Interim status report | **July 1, 2016** |
| 5. | Dispositive motions | **September 29, 2016** |

IT IS FURTHER ORDERED that if no dispositive motions have been filed within the time frame specified in this Order, then the parties must file a proposed joint pretrial order by **October 28, 2016**.  If dispositive motions are filed, then the parties must file a a proposed joint pretrial order within 30 days of the date the Court enters a ruling on the dispositive motions.

IT IS FURTHER ORDERED that in accordance with Local Rule 26-4, an extension of a discovery deadline will not be allowed without a showing of good cause for the extension. All motions or stipulations to extend discovery must be received by the Court at least **21 days** before the subject deadline. The motion or stipulation must include:

    a. A statement specifying the discovery completed as of the date of the motion or stipulation;

    b. A specific description of the discovery that remains to be completed;

    c. The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and,

    d. A proposed schedule for completing all remaining discovery.

DATED: March 4, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**