ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No.12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
        brett.coombs@akerman.com

*Attorneys for Plaintiff/Counter-Defendant Bank of New York Mellon and Cross-claim defendant Mortgage Electronic Registration Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2006-OA2, MORTGAGE PASS THROUGH CERTIFICATES SERIES 2006-OA2, | Case No.:      2:15-cv-01711-JCM-CWH |
| Plaintiff, | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| vs. | |
| SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION;   SFR   INVESTMENTS POOL 1,  LLC;  DOE  INDIVIDUALS  I-X, inclusive,  and  ROE  CORPORATIONS  I-X, inclusive, | |
| Defendants. | |
| AND RELATED ACTIONS. | |

Plaintiff/counter-defendant, Bank of New York Mellon f/k/a The Bank of New York, as Trustee on behalf of the Holders of the Alternative Loan Trust 2006-OA2, Mortgage Pass Through Certificates Series 2006-OA2 (**BNYM**), and cross-claim defendant Mortgage Electronic Registration Systems, Inc. (**MERS**), by and through its counsel of record, Akerman LLP, hereby provides notice

that Donna M. Wittig, Esq. is no longer associated with the firm of Akerman LLP.  BNYM and

MERS request that Ms. Wittig be removed from the Court's CM/ECF service list.

Akerman LLP will continue to represent BNYM and MERS and request that Ariel E. Stern

and Brett M. Coombs receive all future notices.

Respectfully submitted, this 16th day of September, 2016.

**AKERMAN LLP**


/s/ *Brett M. Coombs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff/Counter-Defendant Bank of New York Mellon and Cross-claim defendant Mortgage Electronic Registration Systems, Inc.*


**COURT APPROVAL**


IT IS SO ORDERED.

Date: _ September 19, 2016


_____

UNITED STATES MAGISTRATE JUDGE

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{39531952;1}

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY on the 16th day of September, 2016, and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL**, postage prepaid and addressed to:

Seetal Tejura, Esq.
Kurt R. Bonds, Esq.
ALVERSON TAYLOR MORTENSEN & SANDERS
7401 West Charleston Boulevard
Las Vegas, Nevada  89117
Email: efile@alversontaylor.com

*Attorneys for Southern Highlands Community Association*

Diana S. Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
Email: diana@kgelegal.com

*Attorneys for SFR Investments Pool 1, LLC*

Steven T. Loizzi, Esq.
ALESSI & KOENIG, LLC
9500 West Flamingo Road, Suite 205
Las Vegas, Nevada  89147
Email: steve@alessikoenig.com

*Attorney for Alessi & Koenig, LLC*

*/s/ Josephine Washenko*
An employee of AKERMAN LLP

{39531952;1}

3