# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BANK OF NEW YORK MELLON,                    Case No. 2:15-cv-01711-JCM-CWH

    Plaintiff,

    v.

SOUTHERN HIGHLANDS COMMUNITY          **ORDER**
ASSOCIATION, et al.,

    Defendants.

Presently before the court is the parties' joint emergency motion (ECF No. 79) to stay briefing, filed on September 15, 2016.

Defendant requests that the court issue a stay in this matter pending the outcome of the Ninth Circuit's issuance of a mandate in *Bourne Valley Court Trust v. Wells Fargo Bank*, 2016 WL 4254983 (9th Cir. Aug. 12, 2016). The outcome in *Bourne* will likely require the parties to supplement or re-file pending motions in this matter. Therefore, requiring the parties to submit further briefing on pending motions in this case before the *Bourne* decision is issued would likely lead to an unnecessary waste of resources by the court and the parties.

IT IS THEREFORE ORDERED that the parties' emergency motion (ECF No. 79) to stay briefing in this matter is GRANTED. Deadlines on pending motions are STAYED. After the mandate in *Bourne* is issued, any party in this case may move to have the stay lifted.

DATED: September 21, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge