UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No. 2:15-CV-1711 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Bank of America v. Southern Highlands Community Association et al*, case number 2:15-cv-01711-JCM-CWH.

On September 21, 2016, Magistrate Judge Hoffman ordered that briefing in the case be stayed pending the Ninth Circuit mandate in *Bourne Valley Court Trust v. Wells Fargo Bank*, 2016 WL 4254983 (9th Cir. Aug. 12, 2016). On December 15, 2016, this court issued its order recording the mandate in the *Bourne Valley* case. *See* Case No. 2:13-cv-00649-JCM-GWF Doc. No. 67. On July 3, 2017, this court issued an order regarding the Supreme Court's denial of the petition for certiorari in the case. *See* Case No. 2:13-cv-00649-JCM-GWF Doc. No. 75.

On October 30, 2017, this court ordered the parties to show cause why this case should not be dismissed for want of prosecution. (ECF No. 86). The parties filed responses. (ECF Nos. 87, 88, 89).

The clerk shall lift the stay in the instant case. As this case is no longer stayed, the court orders the parties to file a joint status report.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a joint status report to the court within thirty (30) days of the date of this order. Failure to submit a joint status report may result in dismissal of this case for want of prosecution.

DATED May 2, 2018.

_____
UNITED STATES DISTRICT JUDGE