ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  jamie.combs@@akerman.com

*Attorneys for Plaintiff/Counter-Defendant Bank
of New York Mellon and Cross-claim defendant
Mortgage Electronic Registration Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2006-OA2, MORTGAGE PASS THROUGH CERTIFICATES SERIES 2006-OA2, <br><br>       Plaintiff, <br><br> vs. <br><br> SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br>       Defendants. <br><br> AND RELATED ACTIONS. | 2:15-cv-01711-JCM-CWH <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE RESPONSES TO SUMMARY JUDGMENT MOTIONS [ECF Nos. 100, 101, and 102]** |

Plaintiff/counter-defendant Bank of New York Mellon f/k/a The Bank of New York, as Trustee

on behalf of the Holders of the Alternative Loan Trust 2006-OA2, Mortgage Pass Through Certificates

Series 2006-OA2 (**BoNYM**), defendant Southern Highlands Community Association (**Southern**

**Highlands**), and defendant/counter-plaintiff SFR Investments Pool I, LLC (**SFR**) (collectively the

AKERMAN LLP
1635 Village Center Cir., Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46160844;1

1  **parties**) stipulate to extend the parties' deadlines to file responses to each other's summary judgment

2  motions by approximately two weeks, such that all responses are due on September 5, 2018.

3  BoNYM filed its motion for summary judgment on July 31, 2018.  ECF No. 100. The deadline

4  to respond to BoNYM's motion for summary judgment is currently August 21, 2018.  The parties

5  stipulate to extend the deadline to respond to BoNYM's motion for summary judgment by fifteen

6  days, to September 5, 2018.

7  Southern Highlands filed its motion for summary judgment on July 31, 2018.  ECF No. 101.

8  The deadline to respond to Southern Highland's motion for summary judgment is currently August 21,

9  2018.  The parties stipulate to extend the deadline to respond to Southern Highland's motion for

10  summary judgment by fifteen days, to September 5, 2018.

11  SFR filed its motion for summary judgment on August 1, 2018.  ECF No. 102.  The deadline to

12  respond to SFR's motion for summary judgment is currently August 22, 2018.  The parties stipulate to

13  extend the deadline to respond to SFR's motion for summary judgment by fourteen days, to September

14  5, 2018.

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

AKERMAN LLP

1635 Village Center Cir., Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46160844;1

This request is made to allow the parties additional time to adequately prepare their responses. This is the parties' first request for an extension, and is not made to cause delay or prejudice any party.

DATED this 21st day of August, 2018.

| | |
|---|---|
| **AKERMAN LLP** | **ALVERSON TAYLOR MORTENSEN SANDERS** |
| /s/ Jamie K. Combs | /s/ Alexander P. Williams |
| ARIEL E. STERN, ESQ. | KURT R. BONDS, ESQ. |
| Nevada Bar No.8276 | Nevada Bar No. 6228 |
| JAMIE K. COMBS, ESQ. | ALEXANDER P. WILLIAMS, ESQ. |
| Nevada Bar No. 13088 | Nevada Bar No. 14644 |
| 1635 Village Center Circle, Suite 200 | 6605 Grand Montecito Parkway, Suite 200 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89149 |
| *Attorneys for The Bank of New York Mellon* | *Attorney for Southern Highlands Community Association* |
| **KIM GILBERT EBRON** | |
| /s/ Diana S. Ebron | |
| DIANA S. EBRON, ESQ. | |
| Nevada Bar No. 10580 | |
| JACQUELINE A. GILBERT, ESQ. | |
| Nevada Bar No. 10593 | |
| KAREN L. HANKS, ESQ. | |
| Nevada Bar No. 9578 | |
| 7625 Dean Martin Drive, Suite 110 | |
| Las Vegas, Nevada 89139 | |
| *Attorneys SFR Investmenst Pool 1, LLC* | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _ August 22, 2018 _____

**AKERMAN LLP**
1635 Village Center Cir., Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46160844;1