ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@@akerman.com

*Attorneys for Plaintiff/Counter-Defendant Bank of New York Mellon and Cross-claim defendant Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2006-OA2, MORTGAGE PASS THROUGH CERTIFICATES SERIES 2006-OA2,<br><br>Plaintiff,<br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>AND RELATED ACTIONS. | Case No: 2:15-cv-01711-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE RESPONSES TO SUMMARY JUDGMENT MOTIONS [ECF Nos. 100, 101, and 102]**<br><br>[Second Request] |

Plaintiff/counter-defendant Bank of New York Mellon f/k/a The Bank of New York, as Trustee on behalf of the Holders of the Alternative Loan Trust 2006-OA2, Mortgage Pass Through Certificates Series 2006-OA2 (**BoNYM**), defendant Southern Highlands Community Association (**Southern Highlands**), and defendant/counter-plaintiff SFR Investments Pool I, LLC (**SFR**) (collectively the

1

46284490;1

1  **parties**) stipulate to extend the parties' deadlines to file responses to each other's summary judgment
2  motions by an additional one week, to September 12, 2018.
3      BoNYM and Southern Highlands filed their summary judgment motions on July 31, 2018, and
4  SFR filed its summary judgment motion on August 1, 2018.  ECF No. 100, 101, and 102.  On August
5  21, 2018, the parties stipulated to extend all response deadlines to September 5, 2018.  ECF Nos. 103,
6  104.  The parties stipulate to extend this deadline to September 12, 2018.
7      The parties also stipulate that replies supporting each of the motions for summary judgment
8  shall be due on September 26, 2018, despite any oppositions filed prior to September 12, 2018.
9  / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

**AKERMAN LLP**
1635 Village Center Cir., Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46284490;1

This request is made to allow the parties additional time to adequately prepare their responses in light of the numerous stays being lifted in cases the parties' counsel are involved in due to the Nevada supreme court's answer to the certified question. This is the parties' second request for an extension, and is not made to cause delay or prejudice any party.

DATED this 4th day of September, 2018.

| | |
|---|---|
| **AKERMAN LLP**<br><br>*/s/ Jamie K. Combs*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No.8276<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for The Bank of New York Mellon* | **ALVERSON TAYLOR MORTENSEN SANDERS**<br><br>*/s/ Alexander P. Williams*<br>KURT R. BONDS, ESQ.<br>Nevada Bar No. 6228<br>ALEXANDER P. WILLIAMS, ESQ.<br>Nevada Bar No. 14644<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, Nevada 89149<br>*Attorney for Southern Highlands Community Association* |
| **KIM GILBERT EBRON**<br><br>*/s/ Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys SFR Investmenst Pool 1, LLC* | **HOA LAWYERS GROUP, LLC**<br><br>*/s/ Steven T. Loizzi*<br>STEVEN T. LOIZZI, JR., ESQ.<br>Nevada Bar No. 10920<br>9500 West Flamingo Road, Suite 204<br>Las Vegas, Nevada 89147-5721<br>*Attorney for Alessi & Koenig, LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: September 5, 2018

3

46284490;1